UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHADWICK S. PRICE | CIVIL ACTION |
| VERSUS | NUMBER: 11-1663 |
| SUPREME COURT OF LOUISIANA and COMMITTEE ON BAR ADMISSIONS OF THE SUPREME COURT OF LOUISIANA | SECTION: "C" 3 |

**J U D G M E N T**

Considering the Court having granted defendants' motion to dismiss, record document no. 14; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 15th day of February 2012.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE